[No. 39428-6-II.  Division Two.  October 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD J. CHENETTE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-01875-1, Roger A. Bennett, J., entered May 15, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Appelwick, J.

[No. 39449-9-II.  Division Two.  October 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIE ZUNIGA, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00433-5, Richard D. Hicks, J., entered June 5, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater, J., and Serko, J. Pro Tem.

[No. 39506-1-II.  Division Two.  October 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY LYNN CROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-04156-7, Rosanne Buckner, J., entered June 26, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 39927-0-II.  Division Two.  October 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY JAMES GOBLE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-00662-8, Robert A. Lewis, J., entered October 21, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Worswick, J.